UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| **OPERATING ENGINEERS LOCAL 965 HEALTH BENEFIT PLAN, OPERATING ENGINEERS LOCAL 965 APPRENTICE TRAINING AND RETRAINING FUND, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 965 POLITICAL EDUCATION FUND, OPERATING ENGINEERS LOCAL 965 SUPPLEMENTAL DUES FUND,** <br><br>    **Plaintiffs,** <br><br> v. <br><br> **ROGER SELLE, d/b/a R-S CONSTRUCTION,** <br><br>    **Defendants.** | Civil No. 14-3246 |

## OPINION ENTERING DEFAULT JUDGMENT

SUE E. MYERSCOUGH, U.S. District Judge:

This cause comes before the Court on the Plaintiffs' Motion for Default Judgment against Defendant Roger Selle, doing business as

R-S Construction (d/e 7). The Court has reviewed the Plaintiffs' Memorandum of Law in Support of the Motion for Default Judgment (d/e 8) and all of the attached exhibits. As the Plaintiffs' complaint was duly filed and served upon the Defendant, and the Defendant failed to answer or otherwise plead within the statutory time frame, the Plaintiffs' Motion (d/e 7) is GRANTED, and the Plaintiffs are hereby awarded a Default Judgment against the Defendant as follows:

    A. Judgment is entered in favor of the Plaintiffs, Operating Engineers Local 965 Health Benefit Plan, Operating Engineers Local 965 Apprentice Training and Retraining Fund, Central Pension Fund of the International Union of Operating Engineers and Participating Employers, International Union of Operating Engineers Local 965 Political Education Fund, and Operating Engineers Local 965 Supplemental Dues Fund, and against the Defendant, Roger Selle, d/b/a R-S Construction, for unpaid fringe benefit contributions in the amount of $2,805.16.

    B. The Defendant, Roger Selle, d/b/a R-S Construction, is ordered to pay $1,725.00 in reasonable attorney's fees and $465.00

in costs to the Plaintiffs as authorized by ERISA (29 U.S.C. §1132(g)(2)) and the Plaintiffs' Trust Agreements.

C. The Plaintiffs are awarded post-judgment attorney's fees and costs incurred in connection with this case until all terms of the Default Judgment are fully executed; and

D. The Plaintiffs are awarded, at the Defendant's cost, such further and other relief as may be available under ERISA, the applicable Trust Agreements, or as is otherwise deemed just and equitable by the Court.

ENTER: December 11, 2014.

s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE
